U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Sep 11 - 2025**

John M. Domurad, Clerk

**Linda Oliver**
11 Hill Top Lane
Poughkeepsie, NY 12603
lindaoliverofficial@gmail.com
(713) 894-4626

**September 11, 2025**

**Hon. Anthony J. Brindisi**
United States District Judge
U.S. District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207

**Re: Linda Oliver v. Christian Dribusch**
**Case No. 1:25-cv-00724-AJB-DJS**
**Request for Extension to File Opposition to Motion to Dismiss**

Dear Judge Brindisi,

I am writing to respectfully request a 30-day extension of time to file my opposition to Defendant Christian Dribusch's Motion to Dismiss, which was filed on August 29, 2025 (ECF No. 11).

As a pro se litigant, I am doing my best to understand and respond to the complex legal issues raised in the motion. The Defendant's filings include numerous legal authorities, and I need additional time to research and appropriately respond.

According to the Court's **Text Order dated September 2, 2025 (ECF No. 16)**, my response is currently due by **September 19, 2025**. I respectfully request that the Court extend my deadline to **October 18, 2025**. This extension would allow me adequate time to prepare a thorough and thoughtful response. This request is made in good faith and not for the purpose of delay.

If granted, I also ask that the Court adjust the Defendant's reply deadline accordingly.

Thank you for your time and consideration.

Respectfully submitted,
/s/ **Linda Oliver**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 11, 2025**, I served a copy of the foregoing **Letter Motion requesting an extension of time** to file my opposition to the Motion to Dismiss by **U.S. First Class Mail** to the following counsel of record:

**Karen G. Felter**
Smith, Sovik, Kendrick & Sugnet, P.C.
250 South Clinton Street, Suite 600
Syracuse, NY 13202-1252

**Kevin E. Hulslander**
Smith, Sovik, Kendrick & Sugnet, P.C.
250 South Clinton Street, Suite 600
Syracuse, NY 13202-1252

Dated: September 11, 2025
**/s/ Linda Oliver**
Linda Oliver
11 Hill Top Lane
Poughkeepsie, NY 12603
lindaoliverofficial@gmail.com