UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

**Linda Michelle Oliver,**   Plaintiff,

v.

**Christian H. Dribusch,**   Defendant.

Case No. 1:25-cv-00724-AJB-DJS



U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 03 - 2025
John M. Domurad, Clerk

# LETTER TO CLARIFY RECORD REGARDING CITATIONS IN PLAINTIFF'S SUR-REPLY

Dear Judge Brindisi:

Plaintiff, Linda Michelle Oliver, respectfully submits this brief clarification regarding two citations contained in her Sur-Reply Memorandum of Law (ECF No. 24). Those citations were obtained from an online landlord-tenant digest and were included in good faith while conducting independent legal research as a pro se litigant without access to paid legal databases.

Upon further review, Plaintiff learned that the cited cases do not directly apply and respectfully withdraws any reliance on them. Plaintiff sincerely apologizes to the Court for this mistake and any confusion it may have caused. Plaintiff notes only that her argument was intended to reflect the principle recognized in New York Real Property Actions and Proceedings Law § 853, which provides a civil remedy for unlawful evictions and lockouts.

Plaintiff appreciates the Court's understanding and assures the Court that all future filings will rely only on verified and directly relevant authority.

Respectfully submitted,

*/s/* **Linda Michelle Oliver**

Linda Michelle Oliver, Pro Se

11 Hill Top Ln

Poughkeepsie, NY 12603

Date: **November 2, 2025**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

**Linda Michelle Oliver,**   Plaintiff,

v.

**Christian H. Dribusch,**   Defendant.

Case No. 1:25-cv-00724-AJB-DJS

# CERTIFICATE OF SERVICE

I, **Linda Michelle Oliver**, hereby certify that on **November 2, 2025**, I electronically submitted the foregoing **Letter to Clarify Record Regarding Citations in Plaintiff's Sur-Reply** through the Court's Pro Se Electronic Document Upload (MFT) system for filing with the Clerk of Court.

I further certify that on the same date, I served true and correct copies of this filing by **U.S. Mail, first-class postage prepaid**, addressed to:

**Karen G. Felter, Esq.**

**Kevin E. Hulslander, Esq.**

Smith, Sovik, Kendrick & Sugnet, P.C. – Syracuse Office

250 South Clinton Street, Suite 600

Syracuse, NY 13202-1252

I certify **under penalty of perjury under the laws of the United States** that the foregoing is true and correct.

Dated: **November 2, 2025**

Poughkeepsie, New York

Respectfully submitted,

*[signature]*

**/s/ Linda Michelle Oliver**

Linda Michelle Oliver, Pro Se

11 Hill Top Ln

Poughkeepsie, NY 12603